**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

JAMES S. ZIGMONT,

      Plaintiff,

v.                     //        CIVIL ACTION NO. 1:11CV134
                                             (Judge Keeley)

ANEGLA JONES,

      Defendant.

### ORDER ADOPTING SECOND REPORT AND RECOMMENDATION

On August 1, 2011, <u>pro</u> <u>se</u> petitioner, James Zigmont
("Zigmont"), filed his "Petition To Release and Expunge the Record
of Erroneous Tax Lien and Holds on Property" [complaint] in the
Circuit Court of Harrison County, West Virginia. The United States,
on behalf of its agency, the Internal Revenue Service, removed the
action to this Court on August 18, 2011. On August 24, 2011 Zigmont
moved to remand his case, for sanctions, and for an emergency
hearing. Pursuant to 28 U.S.C. §§ 636(b)(1)(A)-(B) and L.R. Civ. P.
7.02(c), the Court referred this matter to United States Magistrate
Judge John S. Kaull for initial screening and a report and
recommendation. On September 8, 2011, Judge Kaull issued a Report
and Recommendation ("first R&R") recommending that all of Mr.
Zigmont's motions be denied. On September 27, 2011, the Court
adopted the first R&R and denied Zigmont's motions (dkt. no. 18).

On September 28, 2011, the defendant, Angela Jones ("Jones"),
filed a motion to dismiss Zigmont's complaint (dkt. no. 19). On
November 2, 2011, Judge Kaull issued a second Report and

**ZIGMONT v. JONES**                                                      **1:11CV134**

**ORDER ADOPTING SECOND REPORT AND RECOMMENDATION**

Recommendation ("second R&R") recommending that the defendant's motion to dismiss be granted for failure to state a claim over which this Court may assert jurisdiction (dkt. no. 25).

The Report and Recommendation also specifically warned that Zigmont's failure to object to the recommendations would result in the waiver of his appellate rights on this issue. Nevertheless, Zigmont has not filed any objections.[1]

Consequently, the Court **ADOPTS** the second R&R in its entirety, **GRANTS** the defendant's motion to dismiss, and **ORDERS** that this case be **DISMISSED WITH PREJUDICE** and stricken from docket.

It is so **ORDERED.**

The Court directs the Clerk of the Court to transmit copies of this order to counsel of record and to the <u>pro</u> <u>se</u> petitioner, certified mail, return receipt requested.

Dated: November 22, 2011

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE

---

[1] Zigmont's failure to object to the Report and Recommendation not only waives his appellate rights in this matter, but also relieves the Court of any obligation to conduct a <u>de novo</u> review of the issue presented. See <u>Thomas v. Arn</u>, 474 U.S. 140, 148-153 (1985); <u>Wells v. Shriners Hosp.</u>, 109 F.3d 198, 199-200 (4th Cir. 1997).